NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NANCY MELENDEZ CAMILO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5069

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-183, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Nancy Melendez Camilo's moves for extensions of time totaling 14 days, until August 17, 2010, to file her reply brief,

Upon consideration of,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**AUG 1 6 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Jessica R. Toplin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 6 2010

**JAN HORBALY**
**CLERK**